IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. FOSTER, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | No. 4:11-cv-00002-JJV |
| BRANDON TORLING, Officer, Faulkner County Detention Center, | * | |
| | * | |
| | * | |
| Defendant. | | |

## ORDER

Defendant shall file a Response to Plaintiff's Motion for Default Judgment, which this Court construes as a Motion for Sanctions (Doc. No. 53) within ten days of the date of this Order.

Defendant also shall file a brief in support of his Motion to Strike (Doc. No. 55) within ten days of the date of this Order.

IT IS SO ORDERED this 6th day of March, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1