IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHARLES E. FOSTER, JR., | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:11-cv-00002-JJV |
| BRANDON TORLING, Officer, Faulkner | * |
| County Detention Center, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered into the record on November 13, 2012, it is Considered, Ordered and Adjudged that Plaintiff shall have Judgment over Defendant in the amount of $250.

IT IS SO ORDERED this 13th day of November, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE